UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMENDED
ORDER ESTABLISHING TRIAL DOCKET FOR THE MONTH OF
APRIL, 2008, BEFORE THE HONORABLE PATRICK J. DUGGAN

Listed below are the cases on this Court's trial docket for the month of April, 2008. Counsel will be notified when their case reaches No. 5. After such notice, counsel should be prepared to begin trial any time on **48 hours notice**. It is counsel's responsibility in all cases after they have been so notified to contact my clerk, Marilyn Orem, at 234-5147, to ascertain the status of the trial docket. Unless otherwise notified, this Court commences trial at 8:45 a.m. PLEASE BE PROMPT!

1. 06-11663 CONTROL BUILDING SERVICE V. K-MART CORP.
2. 05-72098 ALGALHAM V. AMERICAN STEAMSHIP CO.
3. 07-14580 901 LLC, ET.AL V. SKYLINE CONCRETE FLOOR CORP.
4. 07-12433 BRENNER V. WHITE LAKE TOWNSHIP, ET.AL
5. 06-15461 NASSAR V. CIT OF DEARBORN, ET.AL
6. 05-72110 BURKET, ET.AL V. HYMAN LIPPITT, P.C., ET.AL
7. 05-72171 ADAMS ,ET.AL V. HYMAN LIPPITT, P.C., ET.AL
8. 05-72221 CLIFF, ET.AL V. HYMAN LIPPITT, P.C., ET.AL

                                           s/Patrick J. Duggan
                                           Patrick J. Duggan
                                           United States District Judge

Dated: February 25, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 25, 2008, by electronic and/or ordinary mail.

                                             s/Marilyn Orem
                                             Case Manager