UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ORDER ESTABLISHING TRIAL DOCKET FOR THE MONTHS OF MAY AND JUNE, 2008, BEFORE THE HONORABLE PATRICK J. DUGGAN*

Listed below are the cases on this Court's trial docket for the months of May and June, 2008. Counsel will be notified when their case reaches No. 5. After such notice, counsel should be prepared to begin trial any time on **48 hours notice**. It is counsel's responsibility in all cases after they have been so notified to contact my clerk, Marilyn Orem, at 234-5147, to ascertain the status of the trial docket. Unless otherwise notified, this Court commences trial at 8:45 a.m. PLEASE BE PROMPT!

1. 07-13793 NEPH V. GLOBAL VANTEDGE
2. 07-10706 KENDERSKI V. MICHIGAN BELL TELEPHONE CO.
3. 05-72098 ALGALHAM V. AMERICAN STEAMSHIP CO.
4. 07-13878 FLORES V. DAIRYLAND INSURANCE CO.,ET.AL
5. 07-13801 GNOSSOS MUSIC, ET.AL V. HARLEY'S PUB, ET.AL
6. 07-10596 MCFEELY V. SENECA WIRE & MANUFACTURING CO.,ET.AL
7. 07-11134 NICHOLSON V. THE GREAT LAKES TOWING CO.
8. 07-12250 VISTEON CORP. V. NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA.
9. 07-13084 HEATHERLY V. AFFINIA GROUP
10. 07-13191 SIEGEL-ROBERT INC. V. MAYCO INTERATIONAL LLC

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: April 3, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 3, 2008, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

**\*PLEASE TAKE NOTICE THAT TRIAL WILL NOT BEGIN BEFORE FINAL PRETRIAL DATE.**

**IF THERE IS A MOTION FOR SUMMARY JUDGMENT PENDING, FINAL PRETRIAL CONFERENCE WILL BE RESCHEDULED APPROXIMATELY 10 DAYS AFTER ANY DECISION ON SUCH MOTION.**