UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CIVIL NO.05-72098
HON. PATRICK J. DUGGAN

MOHAMMED ALGALHAM,
    Plaintiff(s),
-V-
AMERICAN STEAMSHIP CO.,
    Defendant(s).
                                                /

## JUDGMENT OF DISMISSAL

At a session of said court, held in the U.S. District Courthouse, City of Detroit, County of Wayne State of Michigan on April 30, 2008.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

The parties having stipulated to dismiss the above action with prejudice as set forth on the record, now therefore,

IT IS HEREBY ORDERED that the above-entitled action be, and hereby is dismissed with prejudice and without costs.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: April 30, 2008
I hereby certify that a copy of the foregoing document was served upon counsel of record on April 30, 2008, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

Approved as to
form and substance:

s/George Fishback
Geoge Fishback
Attorney for Plaintiff(s)

s/Thomas Emery
Thomas Emery
Attorney for Defendant(s)